# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2021

Bridget M. McCormack,
Chief Justice

163202(53)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NATHAN LEON BRANHAM,
      Defendant-Appellant.

SC: 163202
COA: 347705
Oscoda CC: 17-001523-FC

_____/

On order of the Chief Justice, the motions of defendant-appellant to file a pro per supplement to the application for leave to appeal and to waive the motion fee are GRANTED. The pro per supplement submitted on July 20, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2021



Clerk